**No. 2024-1520**

# UNITED STATES COURT OF APPEALS FOR THE

# FEDERAL CIRCUIT

US PATENT NO. 7,679,637 LLC

*Plaintiff/Appellant,*

*v.*

GOOGLE LLC

*Defendant/Appellee.*

On Appeal from the United States District Court for the Western District of Washington, No. 2:23-cv-00592-JHC, Judge John H. Chun

**NOTICE OF CORRECTION**

DAVID P. BERTEN
ALISON A. RICHARDS
GLOBAL IP LAW GROUP, LLC
55 W. Monroe Street, Suite 3400
Chicago, IL 60603
(312) 241-1500

*Attorneys for Appellant*
*US Patent No. 7,679,637 LLC*

November 6, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2024-1520

**Short Case Caption** US Patent No. 7,679,637 LLC v. Google LLC

**Filing Party/Entity** US Patent No. 7,679,637 LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/06/2024

Signature: /s/David Berten

Name: David Berten

**FORM 9. Certificate of Interest**                                      Form 9 (p. 2)
                                                                        March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. <br><br> ☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. <br><br> ☑ None/Not Applicable |
| US Patent No. 7,679,637 LLC | Jeffrey Kohler | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable                 ☐    Additional pages attached

| | | |
|---|---|---|
| J. Chad Mitchell, SUMMIT LAW GROUP, PLLC | | |
| | | |
| | | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐   Yes (file separate notice; see below)   ☑   No   ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable                 ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Circuit Rule 25(i)(3), US Patent No. 7,679,637 LLC, ("Appellant"), files this Notice of Correction of its Joint Appendix filed on September 27, 2024. Through inadvertence, the version of the Joint Appendix that was previously filed had become corrupted and certain of the words had therefore become partially illegible.

Appellant intends to file a Corrected Joint Appendix to replace the originally filed document that was corrupt. No changes were made to the contents of the Appendix.

Dated: November 6, 2024                    Respectfully submitted,

                                           /s/ *David P. Berten*

                                           David Berten
                                           Alison Aubry Richards
                                           GLOBAL IP LAW GROUP LLC
                                           55 West Monroe Street, Suite 3400
                                           Chicago, IL 60603
                                           (312) 241-1500

                                           *Attorneys for Appellant*
                                           *US PATENT NO. 7,679,637 LLC*

4

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Corrections was filed electronically using the CM/ECF system and served upon registered counsel by operation of the Court's CM/ECF system on November 6, 2024.

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

1.      This Notice of Correction with the type-volume limitation of Federal Rule of Appellate Procedure 32(a). The notice contains 78 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 32(b).

2.      The notice complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). The notice has been prepared in a proportionally spaced typeface using Microsoft® Word 2013 in 14-point Times New Roman.

Dated: November 6, 2024                    /s/ *David P. Berten*

David Berten
GLOBAL IP LAW GROUP LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603
(312) 241-1500