NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**US PATENT NO. 7,679,637 LLC,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

---

2024-1520

---

Appeal from the United States District Court for the Western District of Washington in No. 2:23-cv-00592-JHC, Judge John H. Chun.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and STARK, *Circuit Judges*.[1]

PER CURIAM.

---

[1]    Circuit Judge Newman and Circuit Judge Cunningham did not participate.

2                    US PATENT NO. 7,679,637 LLC v. GOOGLE LLC

## O R D E R

US Patent No. 7,679,637 LLC filed a combined petition for panel rehearing and rehearing en banc. The petition was first referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

March 25, 2026
Date

Jarrett B. Perlow
Clerk of Court